UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER W. WIDZINS, JR.,

    Plaintiff,

-vs-                                    Case No:    1:07-cv-08034-JES

WALKER DIVING UNDERWATER,

    Defendant.

_____/

ROBERTA E. ASHKIN (#115461515)
Local Counsel
580 Broadway, Ste. 1101
New York, NY 10012
212-965-0010
212-965-1301 - fax
robertaashkin@aol.com
_____/

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Roberta E. Ashkin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Dennis M. O'Bryan
O'Bryan Baun Cohen Kuebler
401 S. Old Woodward, Ste. 320
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax

Dennis M. O'Bryan is a member in good standing of the Bar of the State of Michigan.

There are no pending disciplinary proceedings against Dennis M. O'Bryan.

                         *[signature]*

                         ROBERTA E. ASHKIN (#115461515)
                         Local Counsel
                         580 Broadway, Ste. ~~1101~~ 906
                         New York, NY 10012
                         212-965-0010
                         212-965-1301 - fax
                         robertaashkin@aol.com

Dated:

### CERTIFICATE OF SERVICE

    The undersigned does hereby certify that on the ___ day of _____, 2007 a copy of the foregoing was forwarded via first class mail with postage fully prepaid thereon to:

Walker Diving Underwater
75 Waterford Rd.
Blue Anchor, NJ 08037

                                                   *[signature]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER W. WIDZINS, JR.,

    Plaintiff,

-vs-                                      Case No:    1:07-cv-08034-JES

WALKER DIVING UNDERWATER,

    Defendant.
_____/

STATE OF NEW YORK    )
                               )SS
COUNTY OF              )

**AFFIDAVIT OF ROBERTA E. ASHKIN**
**IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Roberta E. Ashkin, being duly sworn, deposes and says as follows:

1.    I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Dennis M. O'Bryan as counsel pro hac vice to represent Plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Dennis M. O'Bryan since 2007.

4.    Dennis M. O'Bryan is associated with the firm of O'Bryan Baun Cohen Kuebler in Birmingham, Michigan.

5.  I have found Dennis M. O'Bryan to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of Dennis M. O'Bryan, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Dennis M. O'Bryan, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Dennis M. O'Bryan, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

Roberta E. Ashkin
SDNY Bar Code: 115461515

Subscribed and sworn to before me this 10 day of Sept, 2007.

SCOTT A. RUBMAN
Notary Public, State of New York
No. 4818174
C...... in New York County
Commission Expires May 01, 20__

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## Eastern District of Michigan

### CERTIFICATE OF GOOD STANDING

*I,*     David J. Weaver     *, Clerk of this Court,*

*certify that*     Dennis M. O'Bryan     ,

*was duly admitted to practice in this Court on*

November 15, 1979     *, and is in good standing*
*DATE*

*as a member of the Bar of this Court.*

Dated at     Detroit, MI     on September 24, 2007 .
              *LOCATION*                         *DATE*

David J. Weaver
CLERK

*Kelly Clark*
DEPUTY CLERK