UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/07

WALTER W. WIDZINS, JR.,

      Plaintiff,

-vs-                                      Case No:   1:07-cv-08034-JES

WALKER DIVING UNDERWATER,

      Defendant.

_____/

## ORDER FOR ADMISSION PRO HAC VICE
## ON WRITTEN MOTION

Upon the motion of Robert E. Ashkin, attorney for Plaintiff and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> Dennis M. O'Bryan
> O'Bryan Baun Cohen Kuebler
> 401 S. Old Woodward, Ste. 320
> Birmingham, MI 48009
> (248) 258-6262
> (248) 258-6057 fax
> dob@obryanlaw.net

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 10/10/07

Peter K. Leisure
for John E. Sprizzo
_____
United States District Judge