UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER W. WIDZINS, JR.,

    Plaintiff,

-vs-                                  Case No: 1:07-cv-08034-JES (SAS)

WALKER DIVING UNDERWATER,

    Defendant.

_____/

RECEIVED CHAMBERS OF
OCT 2 2 2007
JUDGE SCHEINDLIN

11/13/07

## NOTICE OF DISMISSAL

    NOW COMES Plaintiff and hereby dismisses this action pursuant to Rule 41(a)(1)(i).


O'BRYAN BAUN COHEN KUEBLER

/s/ Dennis M. O'Bryan
_____
DENNIS M. O'BRYAN (P30545)
Attorney for Plaintiff
401 S. Old Woodward Ave., Ste. 320
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net


DATED:   October 17, 2007


SO ORDERED:

_____
U.S.D.J.

11/13/07

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 17th day of October, 2007 a copy of the foregoing was forwarded via first class mail with postage fully prepaid thereon to:

Walker Diving Underwater
75 Waterford Rd.
Blue Anchor, NJ 08037

/s/ Dennis M. O'Bryan

_____

Dennis M. O'Bryan